■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VELTON TENDEN, Appellant. [832 NYS2d 432]—Order, Supreme Court, New York County (Robert Stolz, J.), entered March 9, 2005, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the court's adjudication of defendant as a level three sex offender. Concur—Tom, J.P., Sullivan, Williams, Buckley and Kavanagh, JJ.